MARY WELCH ET AL., PLAINTIFFS, v. JOHN R. HOUGHTON ET AL., DEFENDANTS.

Submitted January term, 1929—Decided May 7, 1929.

Before Justices BLACK, CAMPBELL and CASE.

For the rule, *John A. Laird.*

*Contra, Arthur. C. Mullen.*

Per Curiam.

This is a negligence action in which the plaintiffs below have verdicts as follows: Mary Welch, $1,200; Harry Welch, $300; Minnie Hiss, $5,000; John M. Hiss, for personal injuries, $200; for loss of services of his wife, $300, and for expenses for effecting a cure of his wife, &c., $1,000.

The single reason urged against these verdicts is that they are excessive and that they are not justified and warranted by the proofs.

We have reached a contrary conclusion and the rule to show cause will be discharged, with costs.